1  William E. von Behren, State Bar No. 106642
   bvonbehren@vbhlaw.com
2  Joann V. Lee, State Bar No. 251653
   jlee@vbhlaw.com
3  VON BEHREN & HUNTER LLP
   2041 Rosecrans Avenue, Suite 367
4  El Segundo, CA 90245
   Telephone: (310) 607-9111
5  Facsimile: (310) 615-3006

6  Attorneys for Defendant
   HEALTH CARE SERVICE CORPORATION, a
7  Mutual Legal Reserve Company dba Blue Cross and
   Blue Shield of Illinois
8

9                    UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11

12 | BARLOW RESPIRATORY HOSPITAL, a       | Case No. 2:14-cv-01279-GW(Ex)
   | California non-profit public benefit |
13 | corporation,                          | [~~Proposed~~] ORDER ON STIPULATION
   |                                       | FOR PROTECTIVE ORDER RE
14 |             Plaintiff,                | CONFIDENTIALITY OF DOCUMENTS
   |    vs.                                | AND INFORMATION
15 |                                       |
   | HEALTH CARE SERVICE                   | Assigned for All Purposes To:
16 | CORPORATION ILLINOIS STATE PAC,       | Judge: Hon. George H. Wu
   | NFP, d/b/a BLUE CROSS AND BLUE        |
17 | SHIELD ASSOCIATION, d/b/a BLUE        | Trial Date: December 16, 2014
   | CROSS BLUE SHIELD OF ILLINOIS, a      |
18 | Illinois not-for-profit corporation; and |
   | DOES 1 THROUGH 25, INCLUSIVE,         |
19 |                                       |
   |             Defendant.                |

    The Court, having reviewed the Stipulation For Protective Order Re Confidentiality of Documents and Information between Plaintiff BARLOW RESPIRATORY HOSPITAL ("Plaintiff") and Defendant HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY d/b/a BLUE CROSS AND BLUE SHIELD OF ILLINOIS

- 1 -

1  (hereinafter referred to as "Defendant"), ~~finds that good cause exists to enter an order~~ *approves and orders*
2  ~~approving~~ said ~~Stipulation For~~ Protective Order *in accordance with the stipulation.*
3  IT IS SO ORDERED.
4
5  Dated: 8/1/14
6  Hon. ~~George H. Wu~~ *Charles F. Eick*
   ~~Judge, United States District Court~~
7  *United States Magistrate Judge*

VON BEHREN & HUNTER LLP
2041 ROSECRANS AVENUE
EL SEGUNDO, CALIFORNIA 90245

- 2 -