JS-6

William E. von Behren, State Bar No. 106642
bvonbehren@vbhlaw.com
Joann V. Lee, State Bar No. 251653
jlee@vbhlaw.com
VON BEHREN & HUNTER LLP
2041 Rosecrans Avenue, Suite 367
El Segundo, CA 90245
Telephone: (310) 607-9111
Facsimile: (310) 615-3006

Attorneys for Defendant
HEALTH CARE SERVICE CORPORATION, a
Mutual Legal Reserve Company dba Blue Cross and
Blue Shield of Illinois

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARLOW RESPIRATORY HOSPITAL, a California non-profit public benefit corporation,<br><br>Plaintiff,<br>vs.<br><br>HEALTH CARE SERVICE CORPORATION ILLINOIS STATE PAC, NFP, d/b/a BLUE CROSS AND BLUE SHIELD ASSOCIATION, d/b/a BLUE CROSS BLUE SHIELD OF ILLINOIS, a Illinois not-for-profit corporation; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendant. | Case No. CV 14-1279-GW(Ex)<br><br>**ORDER GRANTING STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation IT IS HEREBY ORDERED THAT:

1. The entire action is hereby dismissed with prejudice as to all Defendants; and

///

///

///

- 1 -

2. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: September 15, 2014

_____
Hon. George H. Wu
Judge, United States District Court

- 2 -